## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 10-1292 JVS (JEMx)                Date   September 27, 2010

Title   Weissman v. Multivista Franchise Systems, LLC

Present: The Honorable        James V. Selna

Dwayne Roberts                          Not Present

Deputy Clerk                            Court Reporter

Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:

Not Present                             Not Present

**Proceedings:**   (IN CHAMBERS)  Order to Show Cause Re: Jurisdiction

The Court has made a preliminary review of the jurisdictional allegations in the:

X     Complaint, filed August 23, 2010

Notice of Removal ("Notice") filed

by Andrew Weissman *et al.* ("Weissman).

The initial pleading appears to invoke jurisdiction Court on the basis of diversity of citizenship, 28 U.S.C. § 1332.  (Complaint, ¶ 6 .)  Jurisdiction on this basis requires complete diversity.

The following parties to the action are alleged to be a limited liability companies ("LLC"):

Constructionphotodocs.com, LLC
Multivista Franchise Systems, LLC

For purposes of diversity jurisdiction, an LLC takes on the citizenship of each of its members. Johnson v. Columbia Properties Anchorage , LP, 437 F.3d 894, 899 (9th Cir. 2006); Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998); Keith v. Black Diamond Advisors, Inc., 48 F. Supp. 2d 326, 329-30 (S.D. N.Y. 1999).  In order to determine diversity, the Court must consider the citizenship of each LLC member,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-1292 JVS (JEMx) | Date | September 27, 2010 |

| | |
|---|---|
| Title | Weissman v. Multivista Franchise Systems, LLC |

and if a member is an LLC, the citizenship of its members.  Presently, the Court cannot tell if jurisdiction has been properly invoked.

Weissman is ordered to file an amended initial pleading  within 15 days identifying each member of each alleged LLC and the member's citizenship and principal place of business as the date of the filing of the initial pleading.   If any member is itself an LLC, the same information shall be provided for each subtier member, and if need be, for each successive subtier.

**A failure to respond may result in dismissal of the action for lack of jurisdiction.**

| | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | dr | |