JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrew Weissman, et al., <br><br> Plaintiff, <br><br> v. <br><br> Multivista Franchise Systems LLC, <br><br> Defendant(s). | SACV 10-1292-JVS (JEMx) <br><br> ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED:   December 15, 2010

                                                                         _____
                                                                          James V. Selna
                                                              United States District Judge